# Putney, Twombly, Hall & Hirson LLP

ESTABLISHED 1866

Counselors at Law

521 Fifth Avenue

New York, New York 10175

(212) 682-0020

telefax: (212) 682-9380

putneylaw.com

DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
MARY ELLEN DONNELLY
GEOFFREY H. WARD
E. PARKER NEAVE
MARK A. HERNANDEZ
PHILIP H. KALBAN
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER
MICHAEL D. YIM
MARIANNE CALABRESE

328 NEWMAN SPRINGS ROAD
RED BANK, NEW JERSEY 07701
(732) 379-6020
TELEFAX: (732) 345-9444

1225 FRANKLIN AVENUE, SUITE 200
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
THOMAS M. LAMBERTI
HARVEY I. SCHNEIDER
ANDREA HYDE

August 2, 2019

**Via ECF**
Hon. Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 324N
Brooklyn, New York  11201

Re:   **Hettiarachchi v. County of Suffolk,** *et al.*
      **E.D.N.Y. Case No. 14-CV-06731 (DLI)(SJB)**

Dear Magistrate Judge Bulsara:

This firm represents the Defendants, County of Suffolk, Suffolk County District Attorney's Office, Thomas J. Spota, Emily Constant, Edward G. Helig, Edward Jablonski, Maureen McCormack, Kerriann Kelly, Nancy Clifford, and James Chalifoux, in the above-reference action.

Pursuant to the Court's July 17, 2019 and July 24, 2019 Orders, we advise the Court that all parties do not agree to schedule a settlement conference at this time.  While Plaintiff indicates a willingness to consent to a settlement conference, Defendants do not believe it would be productive at this time.

Respectfully submitted,

/s/ RKK

Rebecca K. Kimura

cc. via ECF:   Cathryn Harris-Marchesi, Esq.
               Frederick K. Brewington, Esq.